# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

                 Plaintiff,

                                    **Case No. 10-CR-80**

       -vs-

**ANTWAN K. REED,**

                 Defendant.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

Defendant, Antwan K. Reed (Reed) objects to the Magistrate Judge's recommendation that his three pre-trial motions be denied. Magistrate Judge Patricia J. Gorence dismissed Reed's motion for disclosure of confidential informant, motion to suppress evidence, and motion to dismiss the indictment.

The court has read the submissions of Reed and the government and finds that Magistrate Judge Gorence's recommendation should be adopted.

The court also adopts Magistrate Judge Gorence's rationale in making the recommendation.

Reed's motions are **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of September, 2010.

                          **SO ORDERED,**

                          **s/ Rudolph T. Randa**
                          **HON. RUDOLPH T. RANDA**
                          **U.S. District Judge**